**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Sean T Connor |
| Debtor 2 (Spouse, if filing) | Maria G Connor |
| United States Bankruptcy Court for the: | Western District of Wisconsin |
| Case number | 18-12941-cjf |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Headlands Asset Management Fund III, LP, Series G

**Court claim no.** (if known): 8-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 9 4 1

**Date of payment change:**
Must be at least 21 days after date of this notice: 04/01/2019

**New total payment:** $ 2,369.49
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 903.23    New escrow payment: $ 1,037.03

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | Sean Connor | | | Case number *(if known)* 18-12941-cjf |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ S/ Bryan M. Ward                             Date 03/04/2020
Signature

Print: Bryan M Ward                            Title: Attorney, Of Counsel
       First Name   Middle Name   Last Name

Company: Eric Feldman & Associates, P.C.

Address: 3127 W. Wisconsin Avenue
         Number       Street

         Milwaukee                    WI      53208
         City                         State   ZIP Code

Contact phone: 414-271-4849            Email _____

Final

SN Servicing Corporation
323 FIFTH STREET
EUREKA, CA 95501
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: March 03, 2020

Loan: `8941

SEAN CONNOR
916 NORTH AVE
DES PLAINES IL 60016

Property Address:
916 NORTH AVENUE
DES PLAINES, IL 60016

## Annual Escrow Account Disclosure Statement
### Account History

| Payment Information | Current: | Effective Apr 01, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 1,332.46 | 1,332.46 |
| Escrow Payment: | 903.23 | 1,037.03 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $2,235.69 | $2,369.49 |

| Escrow Balance Calculation | Apr 01, 2020 |
|---|---|
| Due Date: | (3,451.93) |
| Escrow Balance: | 0.00 |
| Anticipated Pmts to Escrow: | 0.00 |
| Anticipated Pmts from Escrow (-): | |
| Anticipated Escrow Balance: | ($3,451.93) |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 2,042.73 | (3,451.93) |
| | $0.00 | $0.00 | $0.00 | $0.00 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00. Under Federal law, your lowest monthly balance should not have exceeded 1,758.59 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

P:

SN Servicing Corporation                                Final
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: March 03, 2020

SEAN CONNOR                                                              Loan:      8941

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
|  | To Escrow | From Escrow |  | Anticipated | Required |
|  |  |  | Starting Balance | (3,451.93) | 2,013.08 |
| Apr 2020 | 885.22 |  |  | (2,566.71) | 2,898.30 |
| May 2020 | 885.22 |  |  | (1,681.49) | 3,783.52 |
| Jun 2020 | 885.22 |  |  | (796.27) | 4,668.74 |
| Jul 2020 | 885.22 |  |  | 88.95 | 5,553.96 |
| Aug 2020 | 885.22 | 3,481.18 | County Tax | (2,507.01) | 2,958.00 |
| Sep 2020 | 885.22 | 2,958.00 | Homeowners Policy | (4,579.79) | 885.22 |
| Oct 2020 | 885.22 |  |  | (3,694.57) | 1,770.44 |
| Nov 2020 | 885.22 |  |  | (2,809.35) | 2,655.66 |
| Dec 2020 | 885.22 |  |  | (1,924.13) | 3,540.88 |
| Jan 2021 | 885.22 |  |  | (1,038.91) | 4,426.10 |
| Feb 2021 | 885.22 |  |  | (153.69) | 5,311.32 |
| Mar 2021 | 885.22 | 4,183.43 | County Tax | (3,451.90) | 2,013.11 |
|  | $10,622.64 | $10,622.61 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 885.22. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 1,770.44 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (3,451.93). Your starting balance (escrow balance required) according to this analysis should be $2,013.08. This means you have a shortage of 5,465.01. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 36 months.

We anticipate the total of your coming year bills to be 10,622.61. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 885.22 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 151.81 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $1,037.03 |

**Paying the shortage:** If your shortage is paid in full, your new monthly payment will be $2,217.68 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

\* **Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

Page 3

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: Sean T, Connor, and<br>Maria G. Connor<br>Debtors | Case No.: 18-12941-cjf<br><br>Chapter 13 |

CERTIFICATE OF MAILING

STATE OF WISCONSIN, MILWAUKEE COUNTY

I, Bryan M. Ward, certify that on the date of 3/4/2020, copies of these documents—**Notice of Mortgage Payment Change, Certificate of Mailing**—were mailed, properly enclosed in a postage paid envelope, or served electronically if the party accepts electronic service, to the following:

Via US Mail:    Sean T Connor & Maria G. Connor
916 North Avenue
Des Plaines, IL  60016

Via ECF:    Kristin J. Sederholm
Chapter 13 Trustee Mark Harring
U.S. Bankruptcy Trustee

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Bryan M. Ward
3127 W. Wisconsin Avenue
Milwaukee, WI 53208
414-271-4849
414-271-1884 (fax)
bmw@bryanwardlaw.com

*This is an attempt to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a Chapter 7 bankruptcy case, this communication is not, and should not be construed as, an attempt to hold you personally liable for any discharged debt.*